MARIE HASS, Respondent, v. W. C. P. REALTY Co., INC., and Another, Defendants, Impleaded with BROOK AVENUE MARKET, INC., Appellant.— Order so far as appealed from denying defendant, appellant's motion for a bill of particulars as to item 2 thereof unanimously affirmed, with twenty dollars costs and disbursements. Further bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MAX FLEISCHER, Appellant, v. ISRAEL TRACHTENBERG, Respondent.— Order denying plaintiff's motion for examination of defendant before trial unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE FARMERS AND MERCHANTS NATIONAL BANK OF LOS ANGELES, Appellant, v. GEORGE SEIDMAN, Respondent.— Order granting, upon reargument, defendant's motion for examination before trial of plaintiff, to the extent that an open commission issue to examine plaintiff by its cashier and vice-president in the city of Los Angeles, and directing an open commission to issue to examine Charles Stern and others upon oral questions, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ALFRED C. PERHAM, Respondent, v. UNITED FELDSPAR CORPORATION, Appellant.— Order so far as appealed from denying defendant's motion for examination of plaintiff before trial, and providing in lieu thereof that a commission issue to examine plaintiff on written interrogatories, modified by granting an open commission to issue at defendant's expense, and as so modified affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents and votes to reverse and grant motion. The date for the examination to proceed to be fixed in the order. Settle order on notice.

BANKERS TRUST COMPANY, as Trustee under Trust Agreement Dated April 26, 1917, Made by JOHN R. GREEN, Appellant, v. E. MARGARET GREEN HOWARD and Others, Defendants, Impleaded with ELLEN P. GREEN, Respondent.— Order, so far as appealed from, granting motion of defendant, respondent, for an examination of plaintiff before trial, affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

GEORGE O. GLENDENING, Respondent, v. CHARLES E. DUROSS and Others, Appellants.— Order denying defendants' motion to vacate interlocutory judgment entered April 22, 1935, unanimously reversed, with twenty dollars costs and disbursements, and said interlocutory judgment modified by striking out the paragraph appointing a referee and providing that an official referee take and state the account. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.